UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| INDIANA AFFORDABLE STORAGE, INC., <br><br> Plaintiff, <br><br> v. <br><br> THE OHIO CASUALTY INSURANCE CO., <br><br> Defendant. | No. 5:24-CV-050 |

## FINAL JUDGMENT

For the reasons stated in the Court's Order Accepting the Findings, Conclusions, and Recommendation of the Magistrate Judge (Dkt. No. 44) it is ordered, judged, and decreed that judgment is entered on all claims for The Ohio Casualty Insurance Co. The Clerk is directed to close the case.

So ordered on August 29, 2025.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE